| Attorney or Party without Attorney:<br>Blaine Finley, Esq.<br>Cuneo, Gilbert & LaDuca, LLP<br>4725 Wisconsin Ave NW Suite 200<br>Washington, DC 20016<br>Telephone No: 202-789-3960<br><br>Attorney For: Plaintiff and the Proposed Classes | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-District of Minnesota | | | | | |
| Plaintiff: Erbert & Gerbert's, Inc.<br>Defendant: JBS USA Food Company Holdings, et al. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>0:20-cv-01414-JRT-HB | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3. a. Party served: Cargill, Inc.
   b. Person served: Amy McLaren, Intake Specialist, CT Corporation, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 1209 Orange St, Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 10 2020 (2) at: 10:32 AM

6. **Person Who Served Papers:**
   a. John Garber
   b. FIRST LEGAL
      3600 Lime St., Ste. 626
      RIVERSIDE, CA 92501
   c. (951) 779-1110

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/10/2020
(Date)          (Signature)



PROOF OF SERVICE

4858799
(334002)