# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 0:19-cv-1222-JRT-HB |
| PETERSON, et al.,<br>                       Plaintiffs,<br>   v.<br>JBS S.A., et al.,<br>                      Defendants. | Case No. 0:19-cv-01129-JRT-HB |
| IN RE DPP BEEF LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 0:20-cv-1319-JRT-HB |
| ERBERT & GERBERT'S, INC.,<br>                     Plaintiff,<br>   v.<br>CARGILL, INC., et al.,<br>                     Defendants. | Case No. 0:20-cv-01414-JRT-HB |

## MOTION TO DISMISS THE COMPLAINTS BY JBS S.A., JBS USA FOOD COMPANY, JBS USA FOOD COMPANY HOLDINGS, SWIFT BEEF COMPANY, AND JBS PACKERLAND, INC.

Defendants JBS S.A., JBS USA Food Company, JBS USA Food Company

Holdings, Swift Beef Company, and JBS Packerland, Inc. move pursuant to Rule 12(b)(6)

of the Federal Rules of Civil Procedure for an order that they be dismissed with prejudice from the complaints in the above-captioned actions:

- The Third Consolidated Amended Class Action Complaint, *In re Cattle Antitrust Litigation*, Case No. 19-cv-1222 (JRT/HB), ECF No. 312;

- The Consumer Indirect Purchase Plaintiffs' Corrected Third Amended Class Action Complaint, *Peterson, et al., v. JBS S.A., et al.*, Case No. 19-cv-1129 (JRT/HB), ECF No. 256;

- The Direct Purchaser Plaintiffs' Corrected Consolidated Amended Class Action Complaint, *In re DPP Beef Litigation*, Case No. 20-cv-1319 (JRT/HB), ECF No. 158; and

- The Corrected Amended Class Action Complaint, *Erbert & Gerbert's, Inc. v. Cargill, Incorporated, et al.*, Case No. 20-cv-1414 (JRT/HB), ECF No. 125.

In addition, JBS S.A. moves for an order of dismissal under Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure.

This motion is supported by the by the Memorandum of Law submitted with this Motion, Defendants' Joint Memorandum, and all of the files, records, and proceedings herein.

Dated:  February 18, 2021

/s/Christopher R. Morris

Lewis A. Remele, Jr. (#90724)
Christopher R. Morris (#230613)
BASSFORD REMELE, PA
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (*pro hac vice*)
Mark F. Enenbach (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
Matthew G. Munro (*pro hac vice*)
MCGRATH NORTH MULLIN &
KRATZ, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Telephone: (402) 341-3070
whargens@mcgrathnorth.com
menenbach@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com
mmunro@mcgrathnorth.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., and Swift Beef Company, and Special Appearance for JBS S.A., in the Cattle case*

/s/Jessica J. Nelson

Donald G. Heeman (#0286023)
Jessica J. Nelson (#0347358)
Randi J. Winter (#0391354)
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen Neuwirth (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849 7000
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com

*Counsel for Defendants JBS USA Food Company Holdings, JBS Packerland, Inc. and Swift Beef Company, and Special Appearance for JBS S.A., in the Peterson, DPP and Erbert & Gerbert's cases*