# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION | Case No. 19-cv-1222-JRT-HB |
| This document relates to: | |
| ALL CASES | |
| | Case No. 0:20-cv-1319-JRT-HB |
| IN RE DPP BEEF LITIGATION | |
| This document relates to: | |
| ALL CASES | |
| | Case No. 0:20-cv-01414-JRT-HB |
| ERBERT & GERBERT'S, INC., | |
| Plaintiff, | |
| v. | |
| CARGILL, INC., et al., | |
| Defendants. | |
| | Case No. 0:19-cv-01129-JRT-HB |
| PETERSON, et al. Plaintiffs, | |
| v. | |
| JBS S.A, et al., Defendants. | |

### Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc.'s Motion to Dismiss

1

*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

PLEASE TAKE NOTICE that Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (together, "Tyson Defendants"), by and through their attorneys, Dykema Gossett PLLC and Perkins Coie LLP, bring this Motion to Dismiss Plaintiffs' claims[1] against Tyson Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6). Tyson Defendants' Memorandum of Law and all further supporting documents will be filed and served in accordance with the Local Rules.

---

[1] Third Consolidated Amended Class Action Complaint (Dec. 28, 2020), ECF No. 312, In Re Cattle Antitrust Litigation, Case No 0:19-cv-01222-JRT-HB [herein-after "Cattle Complaint"]; Corrected Third Amended Class Action Complaint (Jan. 27, 2021), ECF No. 257, Peterson v. JBS S.A., et. al., Case No. 0:19-cv-01129-JRT-HB [hereinafter "Peterson Complaint"]; Corrected Amended Class Action Complaint (Jan. 27, 2021), ECF No. 125, Erbert & Gerbert's Inc v. Car-gill, Inc. et. al., Case 0:20-cv-01414-JRT-HB [hereinafter "Erbert Complaint"]; Direct Purchaser Plaintiffs' Consolidated Amended Complaint (Jan. 27, 2021), ECF No. 142, In Re DPP Beef Litigation, Case 0:20-cv-01319-JRT-HB [herein-after "DPP Complaint"].

150970641.1

*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

Date: February 18, 2021

Respectfully submitted,

/s/ David P. Graham
David P. Graham (0185462)
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

Jon B. Jacobs
Jeremy C. Keeney
**PERKINS COIE LLP**
700 13th Street, NW, Suite 600
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com
jkeeney@perkinscoie.com
Admitted Pro Hac Vice

Susan E. Foster
Ulrike B. Connelly
Tiffany L. Lee
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
tiffanylee@perkinscoie.com
Admitted Pro Hac Vice

*Counsel for Tyson Foods, Inc. and Tyson Fresh Meats, Inc.*

150970641.1